### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **DAVID TRAMINE JONES,** #306251, | ) ) ) |
| Petitioner, | ) ) |
| vs. | ) )   CIV. ACT. NO. 1:19-cv-0737-TFM-MU |
| **KENNETH PETERS,** | ) ) ) |
| Respondent. | ) |

### MEMORANDUM OPINION AND ORDER

On December 20, 2021, the Magistrate Judge entered a Report and Recommendation which recommends David Tramine Jones' petition filed pursuant to 28 U.S.C. § 2254 be dismissed as time barred. *See* Doc. 21. Petitioner Jones filed his objections on January 18, 2022. *See* Doc. 22. The Report and Recommendation is ripe for review.

The Court has reviewed the objections which pertain mostly to complaints about the judicial process and the Petitioner's view about the lack of evidence against him in the underlying convictions. Nothing in the objections counters the well-reasoned analysis of the Magistrate Judge.

Therefore, after due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of this Court. Accordingly, the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED** as time barred. The Court also finds that Jones is not entitled to either a Certificate of Appealability or to appeal in forma pauperis.

Final judgment shall issue separately in accordance with this order and Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this 3rd day of March, 2022.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE