### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **DAVID TRAMINE JONES,** #306251, | ) ) ) |
| Petitioner, | ) ) |
| vs. | ) ) CIV. ACT. NO 1:19-cv-737-TFM-MU |
| **KENNETH PETERS,** | ) ) ) |
| Respondent. | ) ) |

### JUDGMENT

In accordance with the Memorandum Opinion and Order entered this same date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that David Tramine Jones' 28 U.S.C. s 2254 Petition for Writ of Habeas Corpus (Doc. 16) is **DISMISSED** as time-barred pursuant to 28 U.S.C. § 2244(d). Further, the Court determines that Petitioner is not entitled to a certificate of appealability and, therefore, is not entitled to appeal *in forma pauperis*.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 3rd day of March, 2022.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE